NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1061

### DIEP X. HOANG,

Plaintiff-Appellant,

v.

### ABBOTT LABORATORIES, INC., KATHERINE GREEN, KENNETH A. WILSON, MAURIZO ACQUASALIENTE, STEPHEN MONTGOMERY, ZHENKUN MA, LY TAM PHAN, SUOMING ZHANG, STEVAN W. DJURIC, YAT SUN OR, and SANJAY CHEMBURKAR,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Illinois in case no. 08-CV-0189, Judge Matthew F. Kennelly.

ON MOTION

O R D E R

Upon consideration of the appellant's motion for an extension of time to file an opening brief,

IT IS ORDERED THAT:

The motion is granted.  The appellant's opening brief (form enclosed) is due no later than February 12, 2010.  Further extensions should not be anticipated.

FOR THE COURT

DEC 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Diep X. Hoang (informal brief form enclosed)
     James F. Hurst, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 15 2009

JAN HORBALY
CLERK